

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEAN POE, DANA POE, KYLE POE, KARLEE POE, KODY POE, NOAH MARTINEZ, and DAVID WIRSING,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA, a local public entity; DISTRICT ATTORNEY GREGORY D. TOTTEN; DEPUTY DISTRICT ATTORNEY CHRIS HARMAN; DEPUTY DISTRICT ATTORNEY KAREN WOLD; DISTRICT ATTORNEY INVESTIGATOR JEFF BARRY; SHERIFF GEOFF DEAN; PAUL KRUEGER; RYAN HAMLIN; JOEY DE LOS REYES; ROBERT MACINNES; and CHRIS BORKOVEC in their individual and official capacities; and DOES 1-10, in their individual and official capacities,<br><br>Defendants. | Case No. 16 cv 06083 RGK (SK)<br><br>**[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF VENTURA, DISTRICT ATTORNEY GREGORY TOTTEN, DISTRICT ATTORNEY INVESTIGATOR JEFF BARRY, PAUL KRUEGER, RYAN HAMLIN, JOEY DE LOS REYES, ROBERT MACINNES AND CHRIS BORKOVEC**<br><br>The Hon. Gary Klausner<br><br><br><br>Trial Date: October 24, 2017 |

///

The Motion for Summary Judgment by Defendants COUNTY OF VENTURA, a local public entity; DISTRICT ATTORNEY GREGORY D. TOTTEN; DISTRICT ATTORNEY INVESTIGATOR JEFF BARRY; PAUL KRUEGER; RYAN HAMLIN; JOEY DE LOS REYES; ROBERT MACINNES; and CHRIS BORKOVEC in their individual and official capacities (collectively "Defendants"), was taken under submission by the Court on September 20, 2017. (Dkt. Doc. 149).

After considering the moving, opposing, reply, and supplemental papers, this Court, for the reasons set forth by this Court in its written order (Dkt. Doc. 172):

1. GRANTED Defendants' Motion for Summary Judgment as to all Plaintiffs' claims.

Judgment is hereby entered in Defendants' favor on all Plaintiffs' claims.

IT IS SO ORDERED.

*[signature: Gary Klausner]*

DATED: October 13, 2017

HON. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE